**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**HEATHER WAGNER,**

                    **Plaintiff,**

  vs.                                    03-CV-1522
                                         (GTE/RFT)

**TODD BURNHAM and THE CITY OF ALBANY,**

                    **Defendants.**

**G. THOMAS EISELE, SENIOR DISTRICT JUDGE, sitting by designation**[1]

## JUDGMENT

Pursuant to the jury's answers to Special Interrogatories rendered on Friday, October 5, 2006, it is Considered, Ordered, and Adjudged that Judgment be, and it is hereby, entered in favor of Defendants and against Plaintiff. It is further Ordered that the Complaint be, and it is hereby, dismissed in its entirety.

IT IS SO ORDERED this   10th   day of October, 2006.

                                                                           /s/Garnett Thomas Eisele
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] The case was transferred to this Court on April 27, 2006.